**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Scott Andrew HENRY, Defendant–Appellant.**

**No. 10–30352.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 17, 2012.*

Filed Jan. 20, 2012.

Anthony G. Hall, Esquire, Assistant U.S., Office of the U.S. Attorney, Boise, ID, Michael Wayne Mitchell, Assistant U.S., Office of the U.S. Attorney, Coeur D'Alene, ID, for Plaintiff–Appellee.

Matthew Campbell, Assistant Federal Public Defender, Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Scott Andrew Henry, Fort Dix, NJ, pro se.

Before: LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Scott Andrew Henry appeals from his conviction and 108–month sentence for possession of sexually explicit images of minors, in violation of 18 U.S.C. § 2252(a)(4)(B). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

L.Ed.2d 493 (1967), Henry's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.